[No. 30845-9-I.  Division One.  January 18, 1994.]

G.N. CORPORATION, *Respondent*, v. BAINBRIDGE ISLAND
TECHNICAL, INC., ET AL, *Defendants*, LOOMIS
PLASTICS CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-03237-1, Lloyd W. Bever, J., entered May 29,
1992. *Affirmed in part* and *reversed in part* by unpublished
opinion per Agid, J., concurred in by Scholfield and Grosse,
JJ.

[No. 31715-6-I.  Division One.  January 18, 1994.]

THE MOORE HOTEL, INC., *Respondent*, v. SOFT PAC
CORPORATION, *Defendant*, RANDY HUTTON,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-10620-9, Dale B. Ramerman, J., entered
October 19, 1992. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Webster, C.J., and Grosse, J.

[No. 12070-8-III.  Division Three.  January 18, 1994.]

JAKE OLMSTEAD, ET AL, *Appellants*, v. DAN WEIGLE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane
County, No. 88-2-04049-9, Richard J. Schroeder, J., entered
November 7, 1991. *Affirmed in part* and *reversed in part* by
unpublished opinion per Thompson, C.J., concurred in by
Sweeney, J., and Friel, J. Pro Tem.